1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>POINT LOMA GAS & MARKET; MANSOUR BROTHERS, INC. d.b.a. POINT LOMA GAS & MARKET: POINT LOMA GAS CORPORATION; MANSOUR BROTHERS, INC.; And DOES 1 THROUGH 10, Inclusive<br><br>            Defendants. | Case No.: 06cv2206 BTM (POR)<br><br>[PROPOSED] ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

     **IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual, through their respective attorneys of record that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case

                                     1      Case Number: 06cv2206 BTM (POR)

Document Date: May 3, 2007

1 | Number: 06cv2206 BTM (POR). Additionally, Plaintiffs' Complaint
2 | is dismissed with prejudice in its entirety.
3 |
4 | **IT IS SO ORDERED.**
5 | Dated: May 7, 2007
6 |                                    HONORABLE BARRY TED MOSKOWITZ
                                       UNITED STATES DISTRICT COURT JUDGE

2    Case Number: 06cv2206 BTM (POR)

Document Date: May 3, 2007